NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

AUG 24 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ESVIN OCTAVIO BONILLA BARRIOS, | No. 15-70229 |
| Petitioner, | Agency No. A206-912-674 |
| v. | |
| WILLIAM P. BARR, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 20, 2020**

Before: SCHROEDER, TROTT, and SILVERMAN, Circuit Judges.

Esvin Octavio Bonilla Barrios, a native and citizen of Guatemala, petitions

for review of the Board of Immigration Appeals' ("BIA") order dismissing his

appeal from an immigration judge's ("IJ") order affirming the decision of an

asylum officer during expedited removal proceedings. Our jurisdiction is governed

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

by 8 U.S.C. § 1252. We dismiss the petition for review.

We lack jurisdiction to review the removal order because it was issued pursuant to 8 U.S.C. § 1225(b)(1) and none of the exceptions to the restriction on judicial review of expedited removal orders apply. *See* 8 U.S.C. § 1252(a)(2)(A)(iii) ("[N]o court shall have jurisdiction to review" determinations made under 8 U.S.C. § 1225(b)(1)(B)); *Pena v. Lynch*, 815 F.3d 452, 455-56 (9th Cir. 2016) (concluding that this court generally lacks jurisdiction to review removal orders issued pursuant to 8 U.S.C. § 1225(b)(1) and describing the limited exceptions).

**PETITION FOR REVIEW DISMISSED.**